UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLAZA HOME MORTGAGE, INC.,

                Plaintiff,

        -against-

EDWARD J. BISHOP, JR., et al.,

              Defendants.

**ORDER**

25-CV-10694 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on December 24, 2025. (Doc. 1). On January 21, 2026, Plaintiff filed affidavits of service, indicating service of the summonses and complaint was effectuated on Defendant Capital One, N.A. on January 8, 2026, Defendant Edward J. Bishop, Jr. on January 16, 2026, and Defendant Karri Condos on January 16, 2026. (Docs. 11-13). There has been no activity on the docket since the filing of the affidavits of service.

By April 6, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue default judgment against Defendants Capital One, N.A., Edward J. Bishop, Jr., and Karri Condos.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
      March 6, 2026

                              Philip M. Halpern
                              United States District Judge